IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Carolyn Shante

Printed: 11/13/07

Case Number: 07 B 07149
Judge: Hollis, Pamela S
Filed: 4/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 0.00 |
| 2. | Internal Revenue Service | Priority | 20,466.26 | 0.00 |
| 3. | Commonwealth Edison | Unsecured | 535.01 | 0.00 |
| 4. | Dakota State Bank | Unsecured | 468.70 | 0.00 |
| 5. | Shaffer & Associates | Unsecured | 45.90 | 0.00 |
| 6. | Clear Check | Unsecured | 330.00 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 426.52 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 7,162.48 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 557.09 | 0.00 |
| 10. | Credit Union One | Unsecured | 2,288.78 | 0.00 |
| 11. | HSBC Taxpayer Financial Services | Unsecured | 283.66 | 0.00 |
| 12. | Plains Commerce Bank | Unsecured | 128.53 | 0.00 |
| 13. | Nicor Gas | Unsecured | 782.17 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 989.66 | 0.00 |
| 15. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 16. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 17. | ACC International | Unsecured |  | No Claim Filed |
| 18. | Clear Check | Unsecured |  | No Claim Filed |
| 19. | Continental Finance | Unsecured |  | No Claim Filed |
| 20. | Direct Tv | Unsecured |  | No Claim Filed |
| 21. | Eastside Lenders | Unsecured |  | No Claim Filed |
| 22. | Geneva Roth Ventures | Unsecured |  | No Claim Filed |
| 23. | Payday Loan | Unsecured |  | No Claim Filed |
| 24. | TeleCheck | Unsecured |  | No Claim Filed |
| 25. | Village of Hillside | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Williams, Carolyn Shante | Case Number: 07 B 07149 | |
| | Judge: Hollis, Pamela S | |
| Printed: 11/13/07 | Filed: 4/20/07 | |

| # | Creditor | Type | | Amount | Claim |
|---|---|---|---|---|---|
| 26. | TCF Bank | Unsecured | | | No Claim Filed |
| 27. | Payday Loan | Unsecured | | | No Claim Filed |
| 28. | Tele-Collection Systems | Unsecured | | | No Claim Filed |
| 29. | Tremont Financial | Unsecured | | | No Claim Filed |
| 30. | TRS Recovery Services Inc | Unsecured | | | No Claim Filed |
| 31. | Village of Hillside | Unsecured | | | No Claim Filed |
| 32. | AT&T | Unsecured | | | No Claim Filed |
| | | | | _____ | _____ |
| | | | | $ 37,464.76 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ (signature)